## Commonwealth *v.* Clark, Appellant.

Submitted June 18, 1974. *R. Barclay Surrick,* Assistant Public Defender, and *Kenneth P. Barrow,* Public Defender, for appellant; *Anna Iwachiw Vadino* and *Ralph B. D'Iorio,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


## Commonwealth *v.* DeSantis, Appellant.

Submitted November 11, 1974. *James A. Taylor,* and *Murrin & Murrin,* for appellant; *Alexander H. Lindsay, Jr.,* Assistant District Attorney, *Robert F. Hawk,* First Assistant District Attorney, and *John H. Brydon,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


## Commonwealth *v.* DeSantis, Appellant.

Submitted November 11, 1974.

*James A. Taylor,* and *Murrin & Murrin,* for appellant; *Robert F. Hawk,* Assistant District Attorney, and *John H. Brydon,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Dessus, Appellant.

Submitted September 17, 1974. *Douglas Riblet* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Marianne E. Cox, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Dobson, Appellant.

Submitted December 2, 1974. *William K. Sayer* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Bruce A. Franzel, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.